**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Case No.:  17-29815**

IN RE:

INGRID FERREIRA

**Adv. No.:**

**Hearing Date:**

**Judge:  SLM**

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/18/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

### Certification of Default

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
INGRID FERREIRA
101 TAPPAN AVENUE, 1ST FLOOR
BELLEVILLE, NJ  07109
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ROGER CHAVEZ, ESQ.
LAW OFFICES OF ROGER CHAVEZ
50 PARK PLACE, SUITE 1104
NEWARK, NJ  07102
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  May 18, 2022

By:   /S/  Jessica Antoine
Jessica Antoine