Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

         Case No.:  17−29815−SLM
         Chapter:  13
         Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ingrid Ferreira
   101 Tappan Avenue, 1st Floor
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−7125

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/22/22 at 10:00 AM

to consider and act upon the following:

**46** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/1/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

**48** − Certification in Opposition to Chapter 13 Standing Trustee's Certification of Default (related document:46 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/1/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Roger Chavez on behalf of Ingrid Ferreira. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) (Chavez, Roger)

Dated: 6/1/22

         Jeanne Naughton
         Clerk, U.S. Bankruptcy Court