| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Ingrid Ferreira**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7125<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–29815–SLM | | |

# Order of Discharge                                                                                           12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Ingrid Ferreira

12/9/22                                                                                **By the court:** Stacey L. Meisel
                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Ingrid Ferreira  
    Debtor

Case No. 17-29815-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5  
Date Rcvd: Dec 09, 2022      Form ID: 3180W      Total Noticed: 92

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ingrid Ferreira, 101 Tappan Avenue, 1st Floor, Belleville, NJ 07109-2661 |
| 517095520 | + | Credit Control LLC, P.O. Box 187, Hazelwood, MO 63042-0187 |
| 517095529 | + | FMS, Inc., 4915 South Union Avenue, Tulsa, OK 74107-7839 |
| 517095530 | | FMS, Inc., P.O. Box 707601, Tulsa, OK 74170-7601 |
| 517095543 | + | Northland Group, Inc., 7831 Glenroy Road, Suite 350, Edina, MN 55439-3133 |
| 517095545 | | Northstar Location Services, LLC, 9700 Main Street, Clarence, NY 14031-2037 |
| 517095553 | | Santander Bank, N.A., PO Box 847051,, Boston, MA 02284-7051 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2022 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2022 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517095498 | + | Email/Text: legal@arsnational.com | Dec 09 2022 21:12:00 | ARS National Services, Inc., D/B/A Associated Recovery Systems, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 517095496 | + | Email/Text: legal@arsnational.com | Dec 09 2022 21:12:00 | ARS National Services, Inc., D/B/A Associated Recovery Systems, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 517095497 | + | Email/Text: legal@arsnational.com | Dec 09 2022 21:12:00 | ARS National Services, Inc., D/B/A Associated Recovery Systems, Inc., 201 West Grand Avenue, Escondido, CA 92025-2603 |
| 519117599 | | Email/PDF: bncnotices@becket-lee.com | Dec 09 2022 21:11:11 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519117600 | + | Email/PDF: bncnotices@becket-lee.com | Dec 09 2022 21:11:21 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701, Afni, Inc., c/o Becket and Lee LLP 19355-0701 |
| 517095499 | + | EDI: TSYS2 | Dec 10 2022 01:53:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 517095500 | | EDI: TSYS2 | Dec 10 2022 01:53:00 | Barclays Bank Delaware, Card Services, Payment Disputes, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 517095501 | | EDI: TSYS2 | Dec 10 2022 01:53:00 | Barclays Bank Delaware, Card Services, P.O. Box |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 13337, Philadelphia, PA 19101-3337 |
| 517095522 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Dec 09 2022 21:11:00 | Credit Corp Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070 |
| 517095502 | | Email/Text: cms-bk@cms-collect.com | Dec 09 2022 21:12:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 517095504 | | Email/Text: cms-bk@cms-collect.com | Dec 09 2022 21:12:00 | Capital Management Services, LP, P.O. Box 120, Buffalo, NY 14220-0120 |
| 517095503 | + | Email/Text: cms-bk@cms-collect.com | Dec 09 2022 21:12:00 | Capital Management Services, LP, 726 Exchange Street Suite 700, Buffalo, NY 14210-1464 |
| 517095507 | | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One, C/P Dressbarn, P.O. Box 85619, Richmond, VA 23285-5619 |
| 517095506 | + | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One, C/O Dressbarn, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517095505 | + | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One, C/O Dressbarn, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 517286534 | + | EDI: BASSASSOC.COM | Dec 10 2022 01:53:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 517095508 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 09 2022 21:13:00 | Chex Systems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 517095509 | | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Citibank USA, C/O Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517095510 | | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Citibank USA, C/O Sears, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517095511 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Citibank USA/Sears, 701 E 60th Street North, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517095514 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Citibank, N.A., C/O The Home Depot, P.O. Box 790328, St. Louis, MO 63179-0328 |
| 517095513 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Citibank, N.A., C/O The Home Depot, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517095512 | | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Citibank, N.A., C/O The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517095516 | | EDI: WFNNB.COM | Dec 10 2022 01:53:00 | Comenity Bank, C/O Mandee, PO Box 182273, Columbus, OH 43218-2273 |
| 517095517 | + | EDI: WFNNB.COM | Dec 10 2022 01:53:00 | Comenity Bank, C/O Mandee, P.O. Box 182125, Columbus, OH 43218-2125 |
| 517095515 | | EDI: WFNNB.COM | Dec 10 2022 01:53:00 | Comenity Bank, C/O Mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 517095518 | ^ | MEBN | Dec 09 2022 21:08:38 | Credit Control LLC, P.O. Box 546, Hazelwood, MO 63042-0546 |
| 517095519 | + | Email/Text: clientservices@credit-control.com | Dec 09 2022 21:13:00 | Credit Control LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 517095521 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Dec 09 2022 21:11:00 | Credit Corp Solutions, Inc., 180 West Election Road, Draper, UT 84020-6402 |
| 517095537 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Macy*s, 9111 Duke Drive, Mason, OH 45040 |
| 517095536 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Macy*s, PO Box 8053, Mason, OH 45040 |
| 517095535 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Macy*s, PO Box 8218, Mason, OH 45040 |
| 517095523 | | EDI: DISH | Dec 10 2022 01:53:00 | Dish Network, Attn: Customer Service, Department 0063, Palatine, IL 60055-0063 |

Case 17-29815-SLM    Doc 59    Filed 12/11/22    Entered 12/12/22 00:18:28    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 92 |

| | | | | |
|---|---|---|---|---|
| 517095524 | + | EDI: DISH | Dec 10 2022 01:53:00 | Dish Network, Attn: Customer Service, PO Box 9033, Littleton, CO 80160-9033 |
| 517095525 | + | Email/Text: bknotice@ercbpo.com | Dec 09 2022 21:13:00 | ERC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 517095526 | + | Email/Text: bknotice@ercbpo.com | Dec 09 2022 21:13:00 | ERC, P.O. Box 57610, Jacksonville, FL 32241-7610 |
| 517095527 | + | Email/Text: bknotice@ercbpo.com | Dec 09 2022 21:13:00 | ERC, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 517095528 | ^ | MEBN | Dec 09 2022 21:08:50 | FMS, Inc., P.O. Box 707600, Tulsa, OK 74170-7600 |
| 517095531 | | Email/Text: GCSBankruptcy@gcserv.com | Dec 09 2022 21:11:00 | GC Services LP, GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 517095532 | | Email/Text: GCSBankruptcy@gcserv.com | Dec 09 2022 21:11:00 | GC Services LP, GC Services Limited Partnership, P.O. Box 3855, Houston, TX 77253 |
| 517095533 | + | Email/Text: bankruptcy@affglo.com | Dec 09 2022 21:13:00 | Global Credit & Collection Corp., 5440 North Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 517095571 | | EDI: IRS.COM | Dec 10 2022 01:53:00 | U.S. Department Of Treasury, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 517095555 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Dec 09 2022 21:12:00 | State Farm Bank, 3 State Farm Plaza, N-3, Bloomington, IL 61791-0001 |
| 517095554 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Dec 09 2022 21:12:00 | State Farm Bank, P.O. Box 2313, Bloomington, IL 61702 |
| 517095556 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Dec 09 2022 21:12:00 | State Farm Bank, P.O. Box 2327, Bloomington, IL 61702-2326 |
| 517095534 | + | Email/Text: BKNotice@ldvlaw.com | Dec 09 2022 21:12:00 | Lyons, Doughty, & Veldhuis, P.O. Box 1269, 136 Gaither Drive, Suite 100, Mt. Laurel, NJ 08054-2239 |
| 517095539 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | Midland Credit Management, Inc., A/K/A Midland Funding, LLC, 5775 Roscoe Ct., San Diego, CA 92123-1356 |
| 517095540 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | Midland Credit Management, Inc., A/K/A Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 517095538 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | Midland Credit Management, Inc., a/k/a Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 517199449 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517095541 | + | Email/Text: ngisupport@radiusgs.com | Dec 09 2022 21:12:00 | Northland Group, Inc., PO Box 390905, Edina, MN 55439-0905 |
| 517095542 | + | Email/Text: ngisupport@radiusgs.com | Dec 09 2022 21:12:00 | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 517095544 | ^ | MEBN | Dec 09 2022 21:08:07 | Northstar Location Services, LLC, ATTN: Financial Services Dept., 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 517139546 | | EDI: AGFINANCE.COM | Dec 10 2022 01:53:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517095546 | + | EDI: AGFINANCE.COM | Dec 10 2022 01:53:00 | One Main Financial, Inc., One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 517095548 | | EDI: AGFINANCE.COM | Dec 10 2022 01:53:00 | One Main Financial, Inc., One Main Financial, P.O. Box 3327, Evansville, IN 47732-3327 |
| 517095547 | + | EDI: AGFINANCE.COM | | |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 92 |

| | | Date/Time | Recipient |
|---|---|---|---|
| | | Dec 10 2022 01:53:00 | One Main Financial, Inc., Essex Green Mall, 495 Prospect Avenue, Suite 402A, West Orange, NJ 07052-4100 |
| 517519533 | EDI: PRA.COM | | |
| | | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517519534 | EDI: PRA.COM | | |
| | | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517200163 | EDI: PRA.COM | | |
| | | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 517306142 | EDI: PRA.COM | | |
| | | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517095549 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Dec 09 2022 21:12:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 517302598 | EDI: Q3G.COM | | |
| | | Dec 10 2022 01:53:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 517095551 | + Email/Text: DeftBkr@santander.us | | |
| | | Dec 09 2022 21:13:00 | Santander Bank, N.A., 450 Penn Street, Reading, PA 19602-1011 |
| 517095550 | + Email/Text: DeftBkr@santander.us | | |
| | | Dec 09 2022 21:13:00 | Santander Bank, N.A., MA1-MB3 01-09, P.O. Box 841002, Boston, MA 02284-1002 |
| 517187783 | + Email/Text: DeftBkr@santander.us | | |
| | | Dec 09 2022 21:13:00 | Santander Bank, N.A., 601 Penn Street, MC 10-6438-FB7, Reading, PA 19601-3563 |
| 517095552 | + Email/Text: DeftBkr@santander.us | | |
| | | Dec 09 2022 21:13:00 | Santander Bank, N.A., Mail Code: 10-6438-MA4, 601 Penn Street, Reading, PA 19601-3563 |
| 517293183 | EDI: BECKLEE.COM | | |
| | | Dec 10 2022 01:53:00 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517095561 | + EDI: RMSC.COM | | |
| | | Dec 10 2022 01:53:00 | Synchrony Bank, C/O TJX Rewards, PO Box 965005, Orlando, FL 32896-5005 |
| 517095560 | EDI: RMSC.COM | | |
| | | Dec 10 2022 01:53:00 | Synchrony Bank, C/O TJX Rewards, P.O. Box 965015, Orlando, FL 32896-5015 |
| 517095565 | + EDI: RMSC.COM | | |
| | | Dec 10 2022 01:53:00 | Synchrony Bank, C/O Old Navy, Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 517095559 | EDI: RMSC.COM | | |
| | | Dec 10 2022 01:53:00 | Synchrony Bank, C/O Care Credit, ATTN: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 517095562 | EDI: RMSC.COM | | |
| | | Dec 10 2022 01:53:00 | Synchrony Bank, C/O TJX Rewards, ATTN: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 517095563 | + EDI: RMSC.COM | | |
| | | Dec 10 2022 01:53:00 | Synchrony Bank, C/O Old Navy, P.O. Box 965005, Orlando, FL 32896-5005 |
| 517095564 | + EDI: RMSC.COM | | |
| | | Dec 10 2022 01:53:00 | Synchrony Bank, C/O Old Navy, PO Box 965036, Orlando, FL 32896-5036 |
| 517095558 | + EDI: RMSC.COM | | |
| | | Dec 10 2022 01:53:00 | Synchrony Bank, C/O Care Credit, PO Box 965033, Orlando, FL 32896-5033 |
| 517095557 | + EDI: RMSC.COM | | |
| | | Dec 10 2022 01:53:00 | Synchrony Bank, C/O Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 517098351 | + EDI: RMSC.COM | | |
| | | Dec 10 2022 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517095567 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Dec 09 2022 21:12:00 | Toyota Motor Credit Corporation, 4 Gatehall |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517095566 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 09 2022 21:12:00 | Drive Suite 350, Parsippany, NJ 07054 |
| | | | | Toyota Motor Credit Corporation, 5005 N. River Boulevard NE, Cedar Rapids, IA 52411-6634 |
| 517095568 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 09 2022 21:12:00 | Toyota Motor Credit Corporation, Bankruptcy Department, P.O. Box 8026, Cedar Rapids, IA 52409-8026 |
| 517170046 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 09 2022 21:12:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 85

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517095570 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, U.S. Department Of Treasury, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 517095569 | * | U.S. Department Of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Chavez | on behalf of Debtor Ingrid Ferreira rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4